IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **REDACTED,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | CASE NO: 7:23-cv-96 (WLS) |
| : | |
| **REDACTED, Individually and** : | |
| **in their official capacities,** : | |
| : | |
| **Defendants.** : | |
| : | |

## ORDER

On August 23, 2023, Plaintiff filed a Complaint for Tortious Conduct (Doc. 1) ("Complaint") naming as Defendants "**REDACTED**, Individually and in their official capacities." Plaintiff also filed an Application to Proceed in District Court Without Paying Fees or Costs (Doc. 2) ("IFP Application") and a Motion to File Pseudonymously/Redacted Civil Complaint (Doc. 3) ("Motion to File Anonymously"). Because the Plaintiff failed to provide **ANY** contact information for Plaintiff or any of the Defendants that would enable the Court to serve orders relating to the case or relating to the pending Motions or IFP Application, the Court ordered that all matters in this case, other than the filing of an amended complaint identifying the names and providing contact information for all parties, were **STAYED** until further order of the Court.

The Court has been apprised that the Clerk of Court received emails from "Anonymous" inquiring whether the case of *Redacted v. Redacted* had been docketed. Upon being advised that the case was docketed, Anonymous requested that case updates be sent to him at redactedaddress123@gmail.com.[1] Anonymous indicated in a further email that he

---

[1] Anonymous was advised that he needed to provide contact information and that case information is provided to parties either (a) through counsel by the electronic filing system; or (b) by mail for persons representing themselves.

noticed the Court's Order (Doc. 4) entered August 25, 2023, and inquired whether the Order could be sent to him via his email address.

The Court finds that the stay of this case should be lifted. It further finds, as noted in its August 25, 2023 Order (Doc. 25), that Plaintiff's arguments and citations to authority in the Motion to File Anonymously are not well-taken, and the motion will be denied.[2]

The Court further finds that Plaintiff failed to complete all of the required information necessary for the Court to consider the IFP Application (Doc. 2), and thus, the application will be denied.

Finally, the Court notes that the case docket does not reflect that any Summonses have been issued or executed as to the Defendants.

Federal Rule of Civil Procedure 4(m) provides that:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

The deadline to serve the Defendants was November 22, 2023. To date, Plaintiff has not filed notices that service of process has been properly executed on Defendants or that service was waived.

Accordingly, it is hereby **ORDERED**, that:

1. The **STAY** of this matter is lifted.
2. Plaintiff's Motion to File Anonymously (Doc. 3) is **DENIED**.
3. Plaintiff's IFP Application (Doc. 2) is **DENIED**, without prejudice.
4. If Plaintiff wishes his action to go forward, then on or before **Monday, March 18, 2024**, the Plaintiff shall file an amended complaint identifying the names and providing contact information for all parties to this action.

---

[2] The Court found that "Plaintiff has not provided **ANY** contact information for Plaintiff or any other party to enable the Court to serve orders relating to Plaintiff's Application or Motion [to File Anonymously]. Plaintiff cites to several cases that he argues support the Motion [to File Anonymously] allowing temporary anonymity. The Court notes, however, that the parties in those cases were represented by counsel through which those court's orders could be served on the parties or there is no indication in the opinions that the parties' contact information was not available to the courts." (Doc. 4 at 1)

2

5. On or before **Monday, March 18, 2024**, the Plaintiff shall file evidence of returned Summonses executed or waived and/or show cause why the Complaint should not be dismissed for failure to name and serve Defendants timely.

6. **Plaintiff is hereby notified that failure to respond to or comply with this Order will subject this case to dismissal, without prejudice, and without further notice or proceeding**.

7. Consistent with this Order, Plaintiff may not make further filings or contact with the Court except as permitted under the Local Rules of this Court and after Plaintiff has provided all contact and identification information to the Clerk of Court, or his authorized deputy, in connection with Plaintiff's complaint and any amended complaint.

8. The Clerk is directed to enter this Order on the docket of this case, to serve the this Order on Plaintiff at the email address provided for Anonymous, and to serve this Order on all parties, if and, when their names and contact information is provided by the filing of an amended complaint.[3]

**SO ORDERED**, this 6th day of March 2024.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

---

[3] Plaintiff is **NOT** relieved of the service requirements pursuant to the Federal Rules of Civil Procedure.

3