IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **REDACTED,** | : |
| **Plaintiff,** | : |
| v. | : CASE NO: 7:23-cv-96 (WLS) |
| **REDACTED, Individually and in their official capacities,** | : |
| **Defendants.** | : |

## ORDER

On August 23, 2023, *pro se* Plaintiff filed a Complaint for Tortious Conduct (Doc. 1) ("Complaint") naming as Defendants "**REDACTED**, Individually and in their official capacities." The Plaintiff's Complaint failed to provide **ANY** contact information for Plaintiff or any of the Defendants that would enable the Court to serve orders relating to the case. As reflected in the Order (Doc. 5) entered March 6, 2024, the Court was apprised that the Clerk of Court received emails from "Anonymous" inquiring about this case and sufficient to identify Anonymous as the filer of the case. (*See* Doc. 5). The March 6, 2024 Order noted that the time for service has lapsed and Plaintiff had not provided the Court with any indication that service of process has been properly executed upon the Defendants in this action.

Pursuant to the March 6, 2024 Order, if the Plaintiff desired to move forward with this action, the Plaintiff was ordered:

1. To file no later than Monday, March 18, 2024, an amended complaint identifying the names and providing contact information for all parties to this action; and

2. To file evidence of returned Summonses executed or waived and/or to show cause no later than Monday, March 18, 2024, why the Complaint should not be dismissed for failure to serve the Defendants.

To date, Plaintiff has failed to respond or comply with the Court's March 6, 2024 Order. An amended complaint has not been filed. There is no indication in the docket that

service has been perfected as to any Defendant. Federal Rule of Civil Procedure 4(m) states that "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice." Fed. R. Civ. P. 4(m).

Accordingly, Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE** for failure to comply with the Court's March 6, 2024 Order and for failure to identify and serve the Defendants.

The Clerk is directed to enter this Order on the docket of this case and to serve this Order on Plaintiff at the email address provided for Anonymous.

**SO ORDERED**, this 20th day of March 2024.

        /s/ W. Louis Sands
        **W. LOUIS SANDS, SR. JUDGE**
        **UNITED STATES DISTRICT COURT**